IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 109-141 |
| | * | |
| SHADRICK DELANO WALKER | * | |

**O R D E R**

Defendant Shadrick Delano Walker has filed a motion requesting that this Court appoint counsel to assist him with preparing and filing a Motion for Reduction of Sentence. Walker's request for the appointment of counsel (doc. 40) is **DENIED** at this time. If Walker is entitled to a sentence reduction as a result of amendments to the Federal Sentencing Guidelines, the Court will make such a reduction *sua sponte*.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of December, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA